# EXHIBIT A



**Date:** December 19, 2025

**DMCA Counter Notice | saddleleathergoods.com**

### 1. Shopify Merchant Contact Information

First Name:

ashish

Last Name:

rakhecha

Phone:

8905098422

Email:

denverleatherslg@gmail.com

Address:

30 N Gould St

Ste R

City:

Sheridan

ZIP/Postal Code::

82801

Country:

US

State/Province:

WY

### 2. Material(s) Subject to the Counter Notice

Report ID:

f1ed9e63-34aa-4e21-ad05-7a93d71b2c4a

- https://saddleleathergoods.com/products/the-indigold-leather-briefcase
- https://saddleleathergoods.com/products/the-axton-leather-duffle-bag
- https://saddleleathergoods.com/products/the-shawn-leather-duffle-bag
- https://saddleleathergoods.com/products/the-paradise-leather-messenger-bag-for-men
- https://saddleleathergoods.com/products/the-granger-leather-messenger-bag
- https://saddleleathergoods.com/products/the-moya-leather-messenger-bag
- https://saddleleathergoods.com/products/the-journey-leather-backpack

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

ashish rakhecha