# EXHIBIT C



**Note:** For paid shipping options, orders placed after 2:00 PM EST will be dispatched the following business day.

Please note, delivery timelines may vary slightly based on your location and carrier conditions.

## Tracking Your Order

As soon as your package is handed off to the shipping carrier, we'll email you a tracking number. Please allow 24 to 48 hours for tracking updates to appear after the shipment has been scanned by the carrier.

If no updates appear after 48 hours, feel free to reach out to our support team.

## Shipping within the United States Only

At this time, Saddle Leather Goods ships exclusively within the United States. We do not currently offer international shipping.

## Delivery Notes

Estimated delivery windows are provided by the shipping carriers and are not guaranteed. Most packages arrive within 7 to 10 days, but occasional delays may occur due to weather or carrier disruptions.

For added security, all orders over $450 will require a signature upon delivery.