# EXHIBIT D















Incognito mode is on

saddleleathergoods.com

F on all products 🔥    🚚 Free Shipping on All Orders



















1:24

# Saddle Leather Goods

**Saddle Leather Goods**
5d · 🌐

Timeless leather. Everyday function. Crafted for the modern man. Designed to balance elegance with practic… See more



**Saddle Leather Goods**
5d · 🌐

Some gifts are opened once. Others travel for years. 🎄
This Christmas, choose a leather duffel built for… See more

← **Saddle Leather Goods**



**Saddle Leather Goods**
2d

All-day backpacks, done right.
Crafted from premium leather with smart storag... See more



**Saddle Leather Goods**
3d

