# EXHIBIT F



**Date:** December 12, 2025

**DMCA Takedown Notice**

**1. Copyright**

Copyright Owner:

Natan Levinson

Company/Organization:

Levinson Leather Goods

**2. Original Work**

Links to the original work:

- https://www.levinsonleathergoods.com/products/parker-leather-messenger-bag

**3. Allegedly Infringing Content**

Links to the allegedly infringing work:

- https://saddleleathergoods.com/products/the-paradise-leather-messenger-bag-for-men

**4. Declarations**

- I have a good faith belief that use of the content in the manner complained of is not authorized by the copyright owner, its agent, or the law.
- All of the information in this notification is accurate.
- I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.